**JS-6**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GUARACHI,<br><br>                    Plaintiff,<br><br>        v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>                    Defendant. | Case No. CV 21-1422 PA (MAAx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's July 18, 2022 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: July 18, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE