# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-1422 PA (MAAx)<br>CV 22-4931 PA (MAAx) | Date | August 2, 2022 |
| Title | Alejandro Guarachi v. Aspen Specialty Ins. Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**  IN CHAMBERS - COURT ORDER

On December 30, 2020, plaintiff Alejandro Guarachi ("Plaintiff") filed an action against defendant Aspen Specialty Insurance Company ("Defendant") in Los Angeles Superior Court. Defendant removed the action to this Court on February 17, 2021(Case No. CV 21-1422) (the "First Action") . On July 16, 2021, the Court entered an order compelling the parties to participate in an appraisal and staying the First Action pending the resolution of the appraisal process. In compelling appraisal and staying the action, the Court ordered the parties to file a Joint Status Report within two weeks of the completion of appraisal, and further ordered that the parties file Joint Status Reports every four months if the appraisal was not completed by November 1, 2021. Although the parties filed Joint Status Reports on October 29, 2021, and February 28, 2022, the parties did not file the Joint Status Report that was due on or about July 1, 2022, despite the expiration of the deadline to do so. The Court, on July 18, 2022, therefore dismissed the First Action without prejudice for failure to comply with the Court's July 16, 2021 Order.

Rather than seek relief from the dismissal of the First Action and have that action reinstated, Plaintiff filed a new action against Defendant in this Court on July 19, 2022 (Case No. CV 22-4931) (the "Second Action"). The Court orders the parties to show cause in writing why the Court's July 16, 2021 Order compelling appraisal issued in the First Action should not apply to the Second Action and why the Second Action should not be administratively closed pending completion of the appraisal. The parties' responses to this order to show cause shall be filed by no later than August 15, 2022. Future failures to comply with the Court's orders may result in the imposition of sanctions.

IT IS SO ORDERED.